UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANTONIO ARCE

v.                                          C.A. 11-087 S

UNITED STATES OF AMERICA

ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on March 10, 2011 (ECF No. 3) in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). Petitioner's objection[1] to the Magistrate Judge's Report and Recommendation (ECF No. 4) is rejected, Petitioner's Motion for Leave to Proceed In Forma Pauperis (ECF No. 2) is DENIED, and Petitioner's Petition for Writ of Habeas Corpus(ECF No. 1) is DISMISSED WITH PREJUDICE.

ENTER:

William E. Smith
United States District Judge
Date: 3/30/11

---

[1] Petitioner's objection is styled as a response to the Report and Recommendation, but it is clear that he objects to the Magistrate Judge's recommendation.